IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-2363-WDM-KMT

WILLIAM O'KELLY,

    Plaintiff,

v.

META RAY, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

---

The court takes judicial notice that the parties have filed a Joint Stipulation for Dismissal with Prejudice as to defendants Marroney and Quinn only in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, the complaint is dismissed with prejudice as to defendants Gerald A. Marroney and Thomas Quinn, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 2, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL